# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Hector Otilio Alvarez Campos,<br>a.k.a.: Hector Otilio Alvarez-Campos,<br>a.k.a.: Rafael Velazquez,<br>a.k.a.: Hector Alvarez Campos,<br>(A098 005 938)<br>*Defendant* | Case No. 17-8395MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 6, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Hector Otilio Alvarez Campos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 15, 2005, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 8, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 6, 2017, Hector Otilio Alvarez Campos was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Alvarez Campos was examined by ICE Officer S. Black who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 6, 2017, Alvarez Campos was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Alvarez Campos was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Hector Otilio Alvarez Campos to be a citizen of Mexico and a previously deported criminal alien. Alvarez Campos was removed from the United States to Mexico at or near Nogales, Arizona, on or about August 15, 2005, pursuant to an order of removal issued by an immigration official. There is no

record of Alvarez Campos in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Alvarez Campos' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Hector Otilio Alvarez Campos was convicted of Attempted Possession of Dangerous Drugs for Sale, a felony offense, on January 28, 2004, in the Superior Court of Arizona, Maricopa County. Alvarez Campos was sentenced to two and one half (2.5) years' incarceration. Alvarez Campos' criminal history was matched to him by electronic fingerprint comparison.

5. On September 6, 2017, Hector Otilio Alvarez Campos was advised of his constitutional rights. Alvarez Campos freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 6, 2017, Hector Otilio Alvarez Campos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 15, 2005, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 8th day of September, 2017.

_____
John Z. Boyle,
United States Magistrate Judge

3